(January 15, 1985)

■ In the Matter of the Application of CORRINE V. KACHADOURIAN, Petitioner, v NEW YORK STATE BOARD OF LAW EXAMINERS et

al., Respondents. — Application by petitioner for disclosure of certain documents relating to the February, 1984 Bar examination denied, without costs and without prejudice to renewal (see *Matter of Kachadourian v New York State Bd. of Law Examiners,* 106 AD2d 849). Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.